IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALLY SCOTT, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 13-7455 |
| | : | |
| v. | : | |
| | : | |
| TOLL BROTHERS, INC. and TOLL NAVAL ASSOCIATES, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 21st day of July, 2014, after considering Respondents' Toll Brothers, Inc. and Toll Naval Associates Motion to Dismiss Claimant's Petition to Vacate the Arbitration Award (Doc. No. 2) and Petitioner's Response in Opposition to Respondents' Motion to Dismiss Petition to Vacate the Arbitration Award Pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure (Doc. No. 6), and after oral argument held before the undersigned on June 11, 2014, it is hereby **ORDERED** as follows:

1. Respondents' Toll Brothers, Inc. and Toll Naval Associates Motion to Dismiss Claimant's Petition to Vacate the Arbitration Award (Doc. No. 2) is **GRANTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. The petitioner is **GRANTED** leave to file an amended petition within fourteen (14) days from the entry of this Order to properly invoke, if she can, this Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  If the petitioner fails to file an amended petition, the Court will dismiss the action.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.